THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC L. RICHARDSON, Appellant. (Appeal No. 2.) [29 NYS3d 214]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered December 23, 2005. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Richardson* ([appeal No. 1] 138 AD3d 1480 [2016]). Present—Centra, J.P., Carni, DeJoseph, Curran and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRIS J. SHERLOCK, Appellant. [29 NYS3d 212]—Appeal from a judgment of the Cattaraugus County Court (Ronald D. Ploetz, J.), rendered November 24, 2014. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the second degree and criminal contempt in the first degree.

It is hereby ordered that said appeal is unanimously dismissed (*see People v Griffin*, 239 AD2d 936, 936 [1997]). Present—Centra, J.P., Carni, DeJoseph, Curran and Scudder, JJ.